UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OTIS CLIFTON,

                      Plaintiff,                                **JUDGMENT**
                                                                        14-CV-1513 (RRM) (CLP)

    -against-

OTDA,

                      Defendant.
-------------------------------------------------------------X

      A Memorandum and Order of the undersigned having been filed this day dismissing this action without prejudice, it is

      ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

                                                                 *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       April 4, 2014                                        _____
                                                                    ROSLYNN R. MAUSKOPF
                                                                    United States District Judge